THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Jeffery Dale Tolliver, Appellant.
 
 
 

Appeal From Spartanburg County
 Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2012-UP-206
Submitted March 1, 2012  Filed March 28,
 2012 

APPEAL DISMISSED

 
 
 
Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Jeffery
 Dale Tolliver appeals his probation revocation, arguing the circuit court erred
 in failing to require the State to present evidence of the probation violation
 on the record.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL DISMISSED.
WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.